# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR201 |
| vs. | ) | ORDER |
| FELICIANA CRUZ-MARTINEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to revoke the release order of defendant Feliciana Cruz-Martinez (Cruz-Martinez) (Filing No. 36). The court held a telephone conference with counsel on September 28, 2012. Special Assistant U.S. Attorney Christopher L. Ferretti represented the United States. Thomas L. Niklitschek represented Cruz-Martinez.

Previously, Cruz-Martinez was released from U.S. Marshal custody and placed in the custody of U.S. Immigration and Custom Enforcement (ICE) authorities pursuant to the ICE detainer (Filing No. 34) and was to abide by various conditions of release upon her release from ICE custody. Cruz-Martinez has entered a plea of guilty and is scheduled for sentencing before Senior Judge Strom on October 31, 2012 (Filing No. 26). Since Cruz-Martinez has been unable to obtain release from ICE custody and is scheduled for imminent removal by ICE from the United States, the court's previous order of release (Filing No. 34) is hereby revoked. ICE shall return Cruz-Martinez to the custody of the U.S. Marshal awaiting sentencing in this matter. Should the parties desire an accelerated sentencing date, the parties may contact the chambers of Senior Judge Strom for an earlier sentencing date.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge